# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORIDA RUIZ,<br><br>          Plaintiff,<br><br>     vs.<br><br>SUNTRUST MORTGAGE, INC., et al.,<br><br>          Defendants.<br>_____/ | CASE NO. CV F 12-0878 LJO JLT<br><br>**ORDER TO VACATE HEARING ON MOTION TO DISMISS**<br>(Doc. 6.) |

Given plaintiff's motion to remand filed on June 22, 2012, this Court VACATES the July 9, 2012 hearing on defendants' F.R.Civ.P. 12(b)(6) motion to dismiss. If necessary after a ruling on the motion to remand, this Court will consider defendants' motion to dismiss and will issue an order for defendants to file and serve reply papers as this Court deems necessary. Pursuant to its practice, this Court will consider the motion to dismiss, if necessary, on the record without a hearing. *See* Local Rule 230(g).

IT IS SO ORDERED.

**Dated:   June 25, 2012**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE

1